United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. JUDGE,<br><br>    Plaintiff,<br><br>v.<br><br>ARMY CORP OF ENGINEERING,<br><br>    Defendant. | Case No. 14-cv-03863-JCS<br><br>**ORDER REGARDING AMENDED COMPLAINT**<br><br>Re: Dkt. No. 11 |

The Court has previously issued an Order to Show Cause why this case should not be dismissed for lack of subject matter jurisdiction and failure to state a claim. Dkt. 10. A hearing is scheduled for October 31, 2014.

On October 3, 2014, Plaintiff Robert E. Judge filed a document titled "Complaint on treatment denial," which appears to be a copy of Plaintiff's original Complaint with minor additions. Dkt. 11. The Court construes this document as an Amended Complaint. In full, it reads as follows, with underlines added by the Court to indicate additions from the previous Complaint:

> California cannot stop pollution coming from both rivers - New River - Alamo river. For the preservation of California to stop pollution must stop both rivers natural resource areas. <u>In which this thesis.</u>

> Recognizing constitutional assessment in which allows both rivers from Entering into US. Both rivers are declare as the polluted waters of the world. The alternative of this problem is to stop both rivers coming into the US through Mexico<u>... Stopping Rivers from going in U.S..</u>

> Local governments based on enrollment valuations are in need of this trial case to be approved with blockade of rivers<u>:</u> Conversion to population growth<u>,</u> the water get polluted more/more from Mexico. This alarming rate continues dramatically from Mexico<u>:</u> increase<u>s</u> of population. United States must Stop this river property in actual use.

> The Petitioner had wrote a novel about this project. In which he began 2000. Conclusion after having used many strategic response to the pollution in both rivers. This began 1900, and the Salton Sea in which had been these two rivers assessment leveling off local government.

Am. Compl. (Dkt. 11) (sic throughout, emphasis added). The document also includes copies of the Summons and Proof of Service.

This Amended Complaint does not address the deficiencies identified in the Court's previous Order. **Plaintiff is therefore ORDERED to appear on October 31, 2014 at 9:30 a.m. in Courtroom G, 450 Golden Gate Avenue, 15th Floor, San Francisco, CA**, and show cause why the Amended Complaint should not be dismissed for lack of jurisdiction and failure to state a claim. Defendant is not required to appear but may do so if it wishes. Any memorandum in support or opposition shall be filed by October 24, 2014 and shall not exceed five pages. The case is otherwise STAYED and all other deadlines shall be tolled from the date of this Order through October 31, 2014.

Plaintiff may wish to seek free limited legal assistance from the Legal Help Center by calling the appointment line at (415) 782-8982 or signing up for an appointment in the appointment book located outside the door of the Help Center, located at the San Francisco courthouse at 450 Golden Gate Avenue on the 15th Floor, Room 2796. Appointments are held Monday through Friday at various times throughout the day. Plaintiff can speak with an attorney who will provide basic legal help, but not legal representation.

**IT IS SO ORDERED.**

Dated: October 7, 2014

JOSEPH C. SPERO
United States Magistrate Judge

2